

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE HOLMES BUILDING
101 LARRY HOLMES DRIVE, 4TH FLOOR
EASTON, PENNSYLVANIA 18042
CHAMBERS_OF_JUDGE_EDWARD_G_SMITH@PAED.USCOURTS.GOV

CHAMBERS OF
JUDGE EDWARD G. SMITH

PHONE: (610) 333-1833
FAX: (610) 252-5599

January 19, 2018

**Rebecca Ann Solarz, Esquire**
**KML LAW GROUP PC**
**701 Market Street, Suite 5000**
**Philadelphia, PA  19106**

    Re:    **United States of America v. Dwayne E. Fazekas**
             **Civil Docket # 5:17-cv-5146**

Dear Attorney Solarz:

    A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by February 14, 2018, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

    Very truly yours,

    */s/ Shana Restucci*
    _____
    Shana Restucci, Civil Deputy Clerk
    Honorable Edward G. Smith