IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-5146 |
| | : | |
| v. | : | |
| | : | |
| DWAYNE E. FAZEKAS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 2nd day of February, 2018, after considering the motions for alternate service and extension of time to serve the defendant filed by the plaintiff (Doc. Nos. 3, 4); and it appearing that the plaintiff has met the requirements for alternate service under Pennsylvania law; accordingly, it is hereby **ORDERED** that the motions (Doc. Nos. 3, 4) are **GRANTED**, and the plaintiff shall have until **March 16, 2018**, to effectuate service on the defendant and file a proof of service.  The plaintiff may effect alternate service by: 1) posting a copy of the summons and the complaint on the property to be foreclosed in accordance with Pennsylvania Rule of Civil Procedure 410(c)(2); and 2) sending a copy of the summons and the complaint via regular and certified mail to the defendant at his last known address.  Upon completion of these tasks, the plaintiff shall submit a verification of service without delay.  Should the plaintiff fail to complete service within the time period prescribed above or fail to file a verification of service shortly thereafter, the court may dismiss this matter without prejudice under Federal Rule of Civil Procedure 4(m).

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.