

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>DWAYNE E. FAZEKAS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-5146<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DWAYNE E. FAZEKAS the above process on the 6 day of February, 2018, at 11:55 o'clock, AM, at 231 GAREY ROAD DOUGLASSVILLE, PA 19518, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _9_ day of _Feb_, 20 _18_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

File Number: USA-175705
Case ID #:5104920


## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>7446-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703827326796<br>9171999991703827326796 | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | <br>ERR<br>C | 0.485 | <br>1.40<br>3.45 | | | 5.34 |

| Page Totals | 1 | | 0.49 | 4.85 | | | 5.34 |
| Cumulative Totals | 1 | | 0.49 | 4.85 | | | 5.34 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

USPS CONTINENTAL STATION PHILA FEB 20 2018

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106 $ 001.35⁰
02 1W
0001391829 FEB. 20 2018

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| | | |

See Privacy Act Statement on Reverse

**Complete by Typewriter, Ink, or Ball Point Pen**

PS Form **3877**, February 2002 (Page 1 of 2)   Sale Date:

USA-175705   Berks County

DWAYNE E. FAZEKAS   USA