

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE HOLMES BUILDING
101 LARRY HOLMES DRIVE, 4TH FLOOR
EASTON, PENNSYLVANIA 18042
CHAMBERS_OF_JUDGE_EDWARD_G_SMITH@PAED.USCOURTS.GOV

CHAMBERS OF
JUDGE EDWARD G. SMITH

PHONE: (610) 333-1833
FAX: (610) 252-5599

March 14, 2018

Rebecca Ann Solarz, Esquire
KML LAW GROUP PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

    Re:    **United States of America v. Dwayne E. Fazekas**
             **Civil Docket # 5:17-cv-5146**

Dear Attorney Solarz:

    A review of the Court's records shows that a pleading has not been filed in the above-captioned action in response to the complaint as required by Rule 12 of the Federal Rules of Civil Procedure.

    Accordingly, you may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by March 21, 2018, the Court may enter an order dismissing the case against the above-named defendants for lack of prosecution.

    Very truly yours,

    */s/ Shana Restucci*
    Shana Restucci, Civil Deputy Clerk
    Honorable Edward G. Smith