IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-5146 |
| v. | : | |
| DWAYNE E. FAZEKAS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of March, 2018, the plaintiff, United States of America, having moved for the entry of a default judgment against the defendant, Dwayne E. Fazekas (Doc. No. 9); and the clerk of court having entered default against the defendant after he failed to file a response to the complaint, *see* Unnumbered Docket Entries After Doc. No. 11; accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion for entry of a default judgment on **Wednesday**, **April 11, 2018**, at **1:30 p.m.** Counsel for the plaintiff may participate in the hearing by telephone by contacting the undersigned through his civil deputy at (610) 333-1833 at the time of the hearing.[1]

## NOTICE TO DEFENDANT

**THE DEFENDANT, DWAYNE E. FAZEKAS, IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HIM AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. THE HEARING WILL OCCUR AT THE HOLMES BUILDING, 101 LARRY HOLMES DRIVE, 4TH FLOOR, EASTON, PENNSYLVANIA 18042. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HIM BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

---

[1] If the plaintiff's counsel desires to personally appear before the undersigned for the hearing, he may do so.

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendant by posting a copy of the order on the property to be foreclosed and sending a copy of the order via regular mail to the defendant at his last known address. The plaintiff should submit a verification of service **at least two days prior to the hearing**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.