UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> DWAYNE E. FAZEKAS <br><br> Defendant | CIVIL NO.  17-05146 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on March 26, 2018.

DWAYNE E. FAZEKAS
231 Garey Road
Douglassville, PA 19518

        Respectfully submitted,

        KML Law Group, P.C.

        By: _____
        Rebecca A. Solarz, Esquire
        Pennsylvania Attorney I.D. No. 315936
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6327
        mailto: RSolarz@kmllawgroup.com