

UNITED STATES DISTRICT COURT FOR THE ~~MIDDLE~~ Eastern DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-05146

Sheriff's Sale Date: _____

V.

DWAYNE E. FAZEKAS, ET AL,

Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DWAYNE E. FAZEKAS the above process on the 27 day of March, 2018, at 12:10 o'clock, PM, at 231 GAREY ROAD DOUGLASSVILLE, PA 19518, County of Berks, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-175705
Case ID #:5143379

Subscribed and sworn to before me this __28__ day of __March__, 20__18__.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

USA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7446-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703827326796<br>9171999991703827326796 | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | <br>ERR<br>C | 0.485 | <br>1.40<br>3.45 | | | 5.34 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 1 | | 0.49 | 4.85 | | | 5.34 |
| Cumulative Totals | 1 | | 0.49 | 4.85 | | | 5.34 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C     Certified
                              ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 001.35⁰
02 1W
0001391829 FEB 20. 2018

Total Number of Pieces Listed by Sender: 1
Total Number of Pieces Received at Post Office: 
Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen
See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-175705   Berks County   Sale Date:

DWAYNE E. FAZEKAS   USA