UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff<br><br>vs.<br><br>DWAYNE E. FAZEKAS<br><br>           Defendant(s) | CIVIL NO. 17-05146 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )  Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(X)  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(X)  Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                   Respectfully submitted,

                   _____
                   BY: Rebecca A. Solarz, Esq.
                   Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq. | CASE and/or DOCKET No.: 17-05146 |
| Plaintiff (Petitioner) | |
| V. | Sheriff's Sale Date: 12/4/2019 |
| DWAYNE E. FAZEKAS, ET AL, | |
| Defendant (Respondent) | |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DWAYNE E. FAZEKAS the above process on the 27 day of August, 2019, at 1:25 o'clock, PM, at 231 GAREY ROAD DOUGLASSVILLE, PA 19518, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__
County of __Berks__   ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-175705
Case ID #:5613787

Subscribed and sworn to before me this 28 day of Aug, 20 19

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | | | | Lexington National Insurance Corporation<br>c/o ABC Bail Bonds, Inc.<br>215 West Bridge Street<br>Morrisville, PA 19067 | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF BERKS COUNTY<br>633 Court Street, 6th Floor<br>Reading, PA 19601 | | | | TENANTS / OCCUPANTS<br>231 Garey Road<br>Douglassville, PA 19518 | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 4. | | Union Township Municipal Authority of Berks<br>County Pennsylvania<br>1445 Main Street<br>Douglassville, PA 19518 | | | | | | | | | | | |
| 5. | | Berks County Adult Probation and Parole Office<br>633 Court Street, #7<br>Reading, PA 19601 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | U.S. POSTAGE >> PITNEY BOWES<br>ZIP 19106 $ 002.73⁰<br>02 1W<br>0001403708 SEP. 12. 2019 | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

USPS CONTINENTAL STATION SEP 1 2 2019 PHILA, PA

See Privacy Act Statement on Reverse

Total Number of Pieces Listed by Sender  ☐
Total Number of Pieces Received at Post Office
Postmaster, Per (Name of receiving employee)
Complete by Typewriter, Ink, or Ball Point Pen

NOS - Kim Brumbll

PS Form **3877**, February 2002 (Page 1 of 2)

USA-175705   Berks County   Sale Date: 12/04/2019

DWAYNE E. FAZEKAS

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | |
| | | Sequence Number<br>8605-1 | | | | Class of Mail<br>Mixed | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703997557754<br>9171999991703997557754 | FAZEKAS, DWAYNE E.<br>231 Garey Road<br>Douglassville, PA 19518 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 1 | | 0.71 | 4.85 | | | 5.56 |
| Cumulative Totals | 1 | | 0.71 | 4.85 | | | 5.56 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____     Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C      Certified
                                 ERR    Return Receipt



SEP 1 2 2019

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> DWAYNE E. FAZEKAS <br><br> Defendant(s) | CIVIL NO. 17-05146 |

### AFFIDAVIT PURSUANT TO RULE 3129.1

  THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    231 Garey Road
    Douglassville, PA 19518

1. Name and address of Owner(s) or Reputed Owner(s):

    DWAYNE E. FAZEKAS
    231 Garey Road
    Douglassville, PA 19518


2. Name and address of Defendant(s) in the judgment:

    DWAYNE E. FAZEKAS
    231 Garey Road
    Douglassville, PA 19518


3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

    DOMESTIC RELATIONS OF BERKS COUNTY
    633 Court Street, 6th Floor
    Reading, PA 19601

    PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
    Health and Welfare Bldg. - Room 432
    P.O. Box 2675
    Harrisburg, PA 17105-2675

    Union Township Municipal Authority of Berks County Pennsylvania
    1445 Main Street
    Douglassville, PA 19518

       Berks County Adult Probation and Parole Office
       633 Court Street, #7
       Reading, PA 19601

4. Name and address of the last recorded holder of every mortgage of record:

       Lexington National Insurance Corporation
       c/o ABC Bail Bonds, Inc.
       215 West Bridge Street
       Morrisville, PA 19067

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

       TENANTS / OCCUPANTS
       231 Garey Road
       Douglassville, PA 19518


    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: September 30, 2019

                                                  _____
                                                KML Law Group, P.C.
                                                BY: Rebecca A. Solarz, Esq.
                                                Attorney for Plaintiff