**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>DWAYNE E. FAZEKAS<br><br>                              Defendant | CIVIL NO. 17-05146 |

**NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE**

The Marshal Sale scheduled for January 07, 2020 at 11:00 AM in the above matter has been continued until **March 10, 2020 at 11:00 AM**

                                      Respectfully submitted,

                                      KML Law Group, P.C.

                                      By: _____
                                      Rebecca A. Solarz, Esquire
                                      Suite 5000 – BNY Independence Center
                                      701 Market Street
                                      Philadelphia, PA  19106-1532
                                      (215) 825-6327
                                      RSolarz@kmllawgroup.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs. | |
| DWAYNE E. FAZEKAS | CIVIL NO.. 17-05146 |
| Defendant | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

DWAYNE E. FAZEKAS
231 Garey Road
Douglassville, PA 19518

Date: 1/8/2020   By: _Kimberly Bramble_
Kimberly Bramble, legal assistant
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
Direct: 215-627-1322
Email: kbramble@kmllawgroup.com